394 A.2d 627

Sharkus et al., Appellants, v. Blue Cross of
Greater Philadelphia, et al.

Argued June 15,
1978. W. Parry, with him Fred Lowenschuss, for appellants;
Jay H. Calvert, Jr., for appellee, Blue Cross; J. Young, with
him A. Grant Sprecher, for appellee, Thomas Jefferson
University.

Order affirmed.

394 A.2d 628

Shults v. Booth et al., Appellants, et al.

Argued June 12,
1978. F. Innes, with him John J. Griffin, for appellants;
David B. Keeffe, for appellee, Lyle Shults; John Kocsis,
submitted a brief for appellees, Raupers and Warner.

Order affirmed.